UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADWARE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. TELEPACIFIC CORP. D/B/A TPX COMMUNICATIONS,<br><br>    Defendant. | Case No. 19-cv-03835-LHK (SVK)<br><br>**SCHEDULING ORDER REGARDING DISCOVERY DISPUTES**<br><br>Re: Dkt. No. 68 |

On March 13, 2020, the Court held a scheduling conference call with the Parties regarding pending discovery disputes. In addition to the joint letter brief filed March 10, 2020 ("TPX Motion to Compel") (Dkt. 68), RADWARE is preparing a joint letter brief compelling production from TPX ("RADWARE Motion to Compel").[1] RADWARE has provided its portion of the joint brief to TPX. TPX is to prepare its portion of the brief and the brief is to be filed no later than **Friday, March 20, 2020**. TPX is strongly encouraged to provide its response to RADWARE in advance of March 20, 2020, to allow the Parties an opportunity to continue their meet and confer efforts in advance of filing. Upon receipt of the RADWARE Motion to Compel, the Court will advise the parties if a telephonic discovery hearing is necessary.

**SO ORDERED.**

Dated: March 13, 2020

                                                                       SUSAN VAN KEULEN
                                                                       United States Magistrate Judge

---

[1] RADWARE also alerted the Court to a third-party dispute which is not yet ripe for submission. If appropriate, RADWARE may submit that dispute to the Court by **March 20, 2020**, so the Court can consider all of the discovery disputes together.